# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRITTANY ANN STILLWELL,  )
                                    Plaintiff,  )    Case No. 2:15-cv-01173-JCM-CWH  
vs.  )    **ORDER**  
SLH VISTA, INC, *et al.*,  )  
                                    Defendants.  )

This matter is before the Court on Plaintiff's Motion/Application to Proceed *In Forma Pauperis* (#1), filed June 19, 2015. The application is incomplete. Plaintiff identified two sources of "other income" in response to question 3, and she provided information regarding income earned from those sources in the past. Plaintiff did not, however, identify what she expected to receive in the future from those sources. As a result, the Court is unable to determine whether Plaintiff qualifies to proceed *in forma pauperis*. The motion/application will be denied without prejudice and Plaintiff's complaint retained, but not filed. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion/Application to Proceed *In Forma Pauperis* (#1) **denied without prejudice**. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **August 17, 2015,** in which to submit the completed application or pay the filing fee. Failure to comply with this order will result in a recommendation that this case be dismissed. The Clerk of Court shall retain Plaintiff's Complaint.

DATED: July 13, 2015.

_____  
C.W. Hoffman, Jr.  
United States Magistrate Judge