UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRITTANY ANN STILWELL,<br><br>Plaintiff(s),<br><br>v.<br><br>SLH VISTA, INC., d/b/a SAINT LOUIS UNIVERSITY HOSPITAL AND TENET HEALTHCARE CORPORATION,<br><br>Defendant(s). | Case No. 2:15-CV-1173 JCM (CWH)<br><br>ORDER |

Presently before the court is defendants SLH Vista ("SLH") and Tenet Healthcare Corporation's ("Tenet") motion to set aside entry of clerk's default. (Doc. # 21). On this date, this court vacated plaintiff's improper entry of default. (Doc. # 22).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to set aside entry of clerk's default be, and the same hereby is, DENIED as moot.

DATED August 27, 2015.

                                                           /s/ James C. Mahan<br>
                                                        UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**