Thomas Scott Stewart
Nevada Bar No. 13771
scott.stewart@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY ANN STILLWELL,<br><br>Plaintiff,<br><br>vs.<br><br>SLH VISTA, INC. D/B/A SAINT LOUIS UNIVERSITY HOSPITAL AND TENET HEALTHCARE CORPORATION,<br><br>Defendants. | Case No.: 2:15-cv-01173-JCM-CWH<br><br>**NOTICE OF DRAFTED ORDER TRANSFERRING VENUE** |

Pursuant to this Court's September 15, 2015, Order (Doc. # 31), Defendants SLV Vista, Inc., d/b/a Saint Louis University Hospital, and Tenet Healthcare Corporation provide the attached Order Transferring Venue (*see* Exhibit A).

DATED this 17th day of September, 2015.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Thomas Scott Stewart
_____
Thomas Scott Stewart
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **NOTICE OF DRAFTED ORDER TRANSFERRING VENUE** to the Clerk's Office using the CM/ECF System for filing.

Further, pursuant to Federal Rule of Civil Procedure 5(b), I hereby further certify that service of the foregoing **NOTICE OF DRAFTED ORDER TRANSFERRING VENUE** was also made this day by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, addressed to:

Brittany Ann Stillwell
P.O. Box 80741
Las Vegas, NV 89180

DATED this 17th day of September, 2015.

/s/ Darhyl Kerr
AN EMPLOYEE OF OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

# EXHIBIT A

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY ANN STILLWELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SLH VISTA, INC. D/B/A SAINT LOUIS UNIVERSITY HOSPITAL AND TENET HEALTHCARE CORPORATION,<br><br>　　　　Defendants. | Case No.: 2:15-cv-01173-JCM-CWH<br><br>**ORDER TRANSFERRING VENUE** |

A motion having been made and all documents herein considered,

IT IS HEREBY ORDERED that this action be transferred to the U.S District Court for the Eastern District of Missouri, Eastern Division, and that all further matters be heard in that jurisdiction.

DATED September 23, 2015.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE